LUIS A. AYON, ESQ.
Nevada Bar No. 9752
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
**MAIER GUTIERREZ AYON**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
E-mail:      laa@mgalaw.com
             mes@mgalaw.com

*Attorneys for Plaintiff/Counter-Defendant*
*Williston Investment Group, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLISTON INVESTMENT GROUP, LLC, a Nevada Limited Liability Company, | Case No.: 2:14-cv-02038-GMN-PAL |
| Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK NATIONAL ASSOCIATION, a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; MTC FINANCIAL, INC., a Foreign Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a Foreign Corporation; ROBERT WAKEFIELD, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants.<br><br>and<br><br>FEDERAL HOUSING FINANCE AGENCY,<br><br>Intervenor. | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON FREDDIE MAC AND FHFA'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |
| JP MORGAN CHASE BANK NATIONAL ASSOCIATION, a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; and FEDERAL HOME LOAN MORTGAGE CORPORATION, a Foreign Corporation, | |

MAIER GUTIERREZ AYON PLLC
ATTORNEYS AT LAW
MGA

1

|                                    |
|------------------------------------|
| Counterclaimants,                  |
| and                                |
| FEDERAL HOUSING FINANCE AGENCY,    |
| Intervenor.                        |
| vs.                                |
| WILLISTON INVESTMENT GROUP, LLC;   |
| and DESERT LINN CONDOMINIUMS,      |
| Counter-Defendants.                |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, plaintiff/ counter-defendant Williston Investment Group, LLC, defendant/counterclaimant Federal Home Loan Mortgage Corporation ("Freddie Mac"), intervenor Federal Housing Finance Agency ("FHFA"), and counterdefendant Desert Linn Condominiums, through their undersigned counsels of record, that the deadline for any party to file a response in opposition to Freddie Mac and FHFA's motion for summary judgment (Dkt. No. 44), filed on February 25, 2015, shall be extended from March 20, 2015 until April 3, 2015. Freddie Mac and FHFA's deadline to file a reply thereto shall be extended until April 23, 2015. This is the first extension requested.

DATED this 20th day of March, 2015.

**MAIER GUTIERREZ AYON**

 /s/ Margaret E. Schmidt
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff/Counter-Defendant
Williston Investment Group, LLC*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court
**DATED:  03/20/2015**

DATED this 20th day of March, 2015.

**BALLARD SPAHR LLP**

/s/ Sylvia O. Semper
ABRAN E. VIGIL, ESQ.
Nevada Bar No. 7548
SYLVIA O. SEMPER, ESQ.
Nevada Bar No. 12863
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
*Attorneys for Defendant/Counterclaimants JP
Morgan Chase Bank, N.A., Mortgage Electronic
Registration Systems, Inc. and Federal Home
Loan Mortgage Corporation*

DATED this 20th day of March, 2015.

**FENNEMORE CRAIG, P.C.**

 */s/ Leslie Bryan Hart*
LESLIE BRYAN HART, ESQ.
Nevada Bar No. 4932
JOHN D. TENNERT, ESQ.
Nevada Bar No. 11728
300 East Second Street, Suite 1510
Reno, Nevada 89501
*Attorneys for Intervenor Federal Housing
Finance Agency*

DATED this 20th day of March, 2015.

**GORDON & REES LLP**

 */s/ Ashlie L. Surur*
JOSEPH P. HARDY, ESQ.
Nevada Bar No. 7370
ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
3770 Howard Hughes Pkwy., Suite 100
Las Vegas, Nevada 89169
*Attorneys for Counterdefendant Desert Linn
Condominiums*

DATED this 20th day of March, 2015.

**ARNOLD & PORTER LLP**

*/s/ Asim Varma*
ASIM VARMA, ESQ.
HOWARD N. CAYNE, ESQ.*
MICHAEL A.F. JOHNSON, ESQ.
DAN A. LEARY, ESQ.
555 12th St. NW
Washington, DC 20004
*Attorneys for Intervenor Federal Housing
Finance Agency*

*\*pro hac vice petition to be filed*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  03/20/2015**