Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
Matthew D. Lamb
Nevada Bar No. 12991
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
sempers@ballardspahr.com
lambm@ballardspahr.com
*Attorneys for Defendants
JPMorgan Chase Bank, N.A., Mortgage
Electronic Registration Systems, Inc., and
Federal Home Loan Mortgage Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLISTON INVESTMENT GROUP, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK NATIONAL ASSOCIATION, a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation, MTC FINANCIAL, INC., a Foreign Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a Foreign Corporation; ROBERT WAKEFIELD, an individual; and DOES I through X, inclusive; ROE CORPORATIONS I through X,<br><br>Defendants,<br>_____<br>JP MORGAN CHASE BANK NATIONAL ASSOCIATION, a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a Foreign Corporation, | CASE NO. 2:14-cv-02038-GMN-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO SUBMIT REPLY IN SUPPORT OF FREDDIE MAC AND FHFA'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

DMWEST #11564190 v1

|   | Counterclaimants, |
|---|---|
|   | vs. |
|   | WILLISTON INVESTMENT GROUP, LLC, DESERT LINN CONDOMINIUMS |
|   | Counter-defendants. |

Plaintiff/Counter-defendant WILLISTON INVESTMENT GROUP, LLC, Defendant/Counter-Plaintiff FEDERAL HOME LOAN MORTGAGE CORPORATION ("Freddie Mac") Intervenor FEDERAL HOUSING FINANCE AGENCY ("FHFA") and Counter-defendant DESERT LINN CONDOMINIUMS ("Desert Linn") by and through their counsel of record, hereby stipulate and agree to a 2-week enlargement of time for Freddie Mac and FHFA to file their reply in support of the Motion for Summary Judgment as follows:

1. On February 25, 2015, Freddie Mac and FHFA filed their Motion for Summary Judgment ("Motion"). [Dkt No. 44].

2. On March 20, 2015, the parties agreed to extend the briefing schedule to allow Plaintiff and Desert Linn until March 23, 2015 to file their responses to the Motion and to further extend the deadline for Freddie Mac and FHFA to file a reply thereto until April 23, 2015. [Dkt No. 52].

3. The Court granted the parties' first request. [Dkt No. 53].

*[Remainder of page intentionally left blank]*

4. Due to other scheduling commitments of counsel involved in this case, the parties hereby agree to extend the deadline for Freddie Mac and FHFA to file their reply in support of the Motion from April 23, 2015 to May 7, 2015.

IT IS SO STIPULATED this 17th day of April, 2015.

| MAIER GUTIERREZ AYON<br><br>By: /s/ Luis Ayon<br>Luis A. Ayon<br>Margaret Schmidt<br>400 South Seventh Street<br>Suite 400<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | BALLARD SPAHR LLP<br><br>By: /s/ Abran Vigil<br>Abran E. Vigil (SBN 7548)<br>Sylvia O. Semper (SBN 12863)<br>100 N. City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br>*Attorneys for Defendants JPMorgan Chase Bank, N.A., Mortgage Electronic Registration Systems, Inc., and Federal Home Loan Mortgage Corporation* |
|---|---|
| ARNOLD & PORTER<br><br>By: /s/ Asim Varma<br>Asim Varma<br>Howard N Cayne<br>Michael A.F. Johnson<br>(Pro Hac Vice Pending)<br>555 12th Street NW<br>Washington, DC 20004<br><br>*Attorneys for Federal Housing Finance Agency* | FENNEMORE CRAIG, P.C.<br><br>By: /s/ Leslie Bryan Hart<br>Leslie Bryan Hart, Esq. (SBN 4932)<br>John D. Tennert, Esq. (SBN 11728)<br>300 E. Second St., Suite 1510<br>Reno, Nevada 89501<br>*Attorneys for Federal Housing Finance Agency* |
| GORDON & REES LLP<br><br>By: /s/ Joseph P. Hardy<br>Joseph P. Hardy<br>3770 Howard Hughes Pkwy., #100<br>Las Vegas, NV 89169<br>*Attorney for Desert Linn Condominiums* | |

IT IS SO ORDERED:

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED: April 17, 2015

DMWEST #11564190 v1