UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILLISTON INVESTMENT GROUP, LLC,<br><br>Plaintiff,<br>v.<br><br>JP MORGAN CHASE BANK NATIONAL ASSOCIATION, et al.<br><br>Defendants. | Case No. 2:14-cv-02038-GMN-PAL<br><br>ORDER<br><br>(Mot to WD – Dkt. #84) |

Before the court is the Motion to Withdraw as Counsel (Dkt. #84) filed September 23, 2015. The request advises that pro hac vice counsel Dan A. Leary is no longer an employee of Arnold & Porter for Intervenor Federal National Mortgage Association and therefore requests to remove him as counsel of record. The request further advises that his withdrawal will not cause any delay in this matter as lead counsel is still attorney of record in this matter. Accordingly,

**IT IS ORDERED** that the Motion to Withdraw (Dkt. #84 is **GRANTED,** and Dan A. Leary shall be withdrawn as pro hac vice attorney of record in this matter for Intervenor Federal National Mortgage Association.

DATED this 24th day of September, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1