# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLISTON INVESTMENT GROUP, LLC, a Nevada limited Liability Company,<br><br>                Plaintiff,<br>vs.<br><br>JP MORGAN CHASE BANK NATIONAL ASSOCIATION, a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; MTC FINANCIAL, INC., a Foreign Corporation; FEDERAL HOME LOAN MORTGAGE CORPORATION, a Foreign Corporation; ROBERT WAKEFIELD, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>                Defendants,<br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of the Federal National Mortgage Corporation,<br><br>                Intervenor,<br>JP MORGAN CHASE BANK NATIONAL ASSOCIATION, a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; and FEDERAL HOME LOAN MORTGAGE CORPORATION, a Foreign Corporation,<br><br>                Counter-Plaintiffs,<br>vs.<br><br>WILLISTON INVESTMENT GROUP, LLC; and DESERT LINN CONDOMINIUMS,<br><br>                Counter-Defendants. | Case No.: 2:14-cv-02038-GMN-PAL<br><br>**ORDER** |

Pending before the Court is the Motion to Withdraw as Attorneys of Record, (ECF No. 105), filed by the law firm Maier Gutierrez & Associates ("Maier Gutierrez"). Maier Gutierrez represents Plaintiff-Counterdefendant Williston Investment Group, LLC ("Plaintiff").

Pursuant to Local Rule IA 11–6, "no withdrawal [as attorney] . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." LR IA 11–6(e). Moreover, Corporate entities may only appear in federal court through licensed counsel. *See Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

Here, the case has been closed; therefore, no delay will occur for granting Maier Gutierrez's Motion. Since the Court is permitting Maier Gutierrez to withdraw, Plaintiff will not be represented by counsel, and because it is a corporation, it will have to retain counsel to take any other action with this case.

Accordingly, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff Williston Investment Group, LLC's counsel Maier Gutierrez & Associates's Motion to Withdraw as Attorney, (ECF No. 105), is **GRANTED**.

**DATED** this \_\_\_5\_\_ day of October, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge