1   Abran E. Vigil
    Nevada Bar No. 7548
2   BALLARD SPAHR LLP
    1980 Festival Plaza Drive, Suite 900
3   Las Vegas, Nevada 89135
    Tel: (702) 471-7000
4   Fax: (702) 471-7070
    vigila@ballardspahr.com
5
    Matthew D. Lamb
6   Nevada Bar No. 12991
    BALLARD SPAHR LLP
7   1909 K Street NW, 12th Floor
    Washington, D.C. 20006
8   Tel: (202) 661-2200
    Fax: (202) 661-2299
9   lambm@ballardspahr.com

10  *Attorneys for JPMorgan Chase Bank,
    N.A.; Mortgage Electronic Registration
11  Systems, Inc.; and Federal Home Loan
    Mortgage Corporation*

12

### UNITED STATES DISTRICT COURT

13

### DISTRICT OF NEVADA

14

| | |
|---|---|
| WILLISTON INVESTMENT GROUP, LLC, | Case No. 2:14-cv-02038-GMN-PAL |
| Plaintiff, | |
| vs. | **AMENDED STIPULATION TO DISMISS REMAINING CLAIMS** |
| JPMORGAN CHASE BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MTC FINANCIAL, INC.; FEDERAL HOME LOAN MORTGAGE CORPORATION; ROBERT WAKEFIELD; DOES I through X; and ROE CORPORATIONS I through X, | |
| Defendants, | |
| and | |
| FEDERAL HOUSING FINANCE AGENCY, | |
| Intervenor. | |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135-2958
(702) 471-7000 FAX (702) 471-7070

DMWEST #36238336 v1

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135-2958
(702) 471-7000 FAX (702) 471-7070

1 JPMORGAN CHASE BANK NATIONAL
ASSOCIATION; MORTGAGE
2 ELECTRONIC REGISTRATION
SYSTEMS, INC.; and FEDERAL HOME
3 LOAN MORTGAGE CORPORATION;

4       Counter-claimants,

5 vs.

6 WILLISTON INVESTMENT GROUP,
LLC and DESERT LINN
7 CONDOMINIUMS,

8       Counter-defendants.

9

10 FEDERAL HOUSING FINANCE
AGENCY,

11       Counter-claimant,

12 vs.

13 WILLISTON INVESTMENT GROUP,
LLC and DESERT LINN
14 CONDOMINIUMS,

15       Counter-defendants.

16       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Williston Investment Group, LLC

17 ("Williston"); JPMorgan Chase Bank N.A. ("Chase"); Mortgage Electronic

18 Registration Systems, Inc. ("MERS"); the Federal Home Loan Mortgage Corporation

19 ("Freddie Mac"); MTC Financial, Inc. ("MTC"); the Desert Linn Condominiums

20 ("HOA"); and the Federal Housing Finance Agency, as Conservator for Freddie Mac

21 ("FHFA") (collectively, the "Stipulating Parties") stipulate as follows:

22       1.     This is a quiet title action involving the residential property at 1519

23 Lake Placid Terrace, Henderson, Nevada 89014 (the "Property").

24       2.     On July 12, 2005, Robert Wakefield obtained a loan for $153,000 (the

25 "Loan") from Washington Mutual Bank, FA. The Loan was evidenced by a Note and

26 secured by a Deed of Trust recorded against the Property on July 18, 2005.

27       3.     On or about August 23, 2005, Freddie Mac purchased the Loan,

28 including the Note and Deed of Trust.

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135-2958
(702) 471-7000 FAX (702) 471-7070

1   4. On March 15, 2013, the HOA conducted a foreclosure sale of the

2 Property. Williston was the highest bidder at the sale.

3   5. On June 16, 2014, a formal assignment of the Deed of Trust to Freddie

4 Mac was executed. The assignment was later recorded on July 15, 2014.

5   6. On July 11, 2014, MTC conducted a trustee's sale under the Deed of

6 Trust. Freddie Mac was the highest bidder at the sale.

7   7. Williston initiated this case on October 21, 2014 by filing a complaint in

8 the Eighth Judicial District Court of Nevada. ECF No. 1-1. The complaint included

9 the following claims:

10     a. Wrongful foreclosure against Chase and MTC;

11     b. Declaratory relief/quiet title against Chase, MERS, MTC, Freddie

12       Mac, and Wakefield;

13     c. Slander of title against Chase, MTC, and Freddie Mac; and

14     d. Injunctive relief against Freddie Mac.

15   8. The case was removed to this Court on December 4, 2014. ECF No. 1.

16   9. On December 22, 2014, Chase, MERS, and Freddie Mac filed the

17 following counterclaims (ECF No. 13):

18     a. Declaratory relief against Williston and the HOA;

19     b. Quiet title against Williston; and

20     c. Unjust enrichment claim against Williston.

21   10. On February 9, 2015, after intervening as a defendant, FHFA filed the

22 following counterclaims (ECF No. 41):

23     a. Declaratory judgment against Williston and the HOA; and

24     b. Quiet title against Williston.

25   11. On February 25, 2015, FHFA and Freddie Mac filed a motion for

26 summary judgment arguing that (1) 12 U.S.C. § 4617(j)(3) preempts any Nevada law

27 that would otherwise permit an HOA foreclosure sale to extinguish a property

28 interest of Freddie Mac while it is under FHFA's conservatorship; and (2) the HOA

foreclosure sale did not extinguish Freddie Mac's interest in the Property, and thus Williston took an interest in the Property, if any, that was subject to Freddie Mac's Deed of Trust. ECF No. 44. On May 7, 2015, Chase and MERS filed a joinder to the motion. ECF No. 58. On July 13, 2015, the Court granted the motion, holding that Freddie Mac's Deed of Trust survived the HOA foreclosure sale. ECF No. 75.

12.    The Court's order effectively entered summary judgment in favor of FHFA, Freddie Mac, Chase, and MERS on their claims for declaratory relief and quiet title. The order also effectively entered summary judgment against Williston on its claim for quiet title.

13.    The Court's order did not explicitly resolve Williston's claims for wrongful foreclosure, slander of title, and injunctive relief. It also did not explicitly resolve the claims of Freddie Mac, Chase, and MERS for unjust enrichment.

14.    Because Williston wished to file an immediate appeal of the Court's summary judgment ruling, and because the outcome of the remaining claims would largely depend on the outcome of the appeal, the parties stipulated to entry of a final judgment with respect to their quiet title and declaratory relief claims. ECF No. 96.

15.    The Ninth Circuit has now affirmed this Court's order holding that Freddie Mac's Deed of Trust survived the HOA foreclosure sale. ECF No. 107.

16.    As a result, Williston's claims for wrongful foreclosure, slander of title, and injunctive relief necessarily fail because they were premised on the argument that Freddie Mac's Deed of Trust was extinguished.

17.    Further, the alternative claim of Freddie Mac, Chase, and MERS for unjust enrichment is now moot because this claim would only be raised if the Court held that Freddie Mac's Deed of Trust was extinguished.

18.    Accordingly, the Stipulating Parties agree that these claims should be dismissed.

19.    The requested dismissal will resolve all remaining claims and will result in a final judgment.

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135-2958
(702) 471-7000 FAX (702) 471-7070

1    20.    Because defendant Robert Wakefield has not appeared, his consent to

2  the requested dismissal is not required.

3    21.    Each of the Stipulating Parties will bear its own fees and costs.

4    Dated: January 2, 2018.

5

6  AYON LAW, PLLC                          GORDON & REES LLP

7  By: /s/ Luis A. Ayon                    By: /s/ Robert S. Larsen
       Luis A. Ayon                            Robert S. Larsen
       Nevada Bar No. 9752                      Nevada Bar No. 7785
8      8716 Spanish Ridge Ave., Ste. 115        David T. Gluth II
       Las Vegas, Nevada 89147                  Nevada Bar No. 10596
9                                               300 S. 4th Street, Suite 1550
                                                Las Vegas, Nevada 89101
10 Attorneys for Williston Investment
   Group, Inc.                             Attorneys for Desert Linn
11                                         Condominiums
   BALLARD SPAHR LLP

12 By: /s/ Matthew D. Lamb
       Matthew D. Lamb                     FENNEMORE CRAIG, P.C.
13     Nevada Bar No. 12991
       1909 K Street NW, 12th Floor        By: /s/ Leslie Bryan Hart
14     Washington, D.C. 20006                  Leslie Bryan Hart
                                               Nevada Bar No. 4932
15 Attorneys for JPMorgan Chase Bank,          John D. Tennert
   N.A.; Mortgage Electronic Registration      Nevada Bar No. 11728
16 Systems, Inc.; and Federal Home Loan        300 E. Second St, Suite 1510
   Mortgage Corporation                        Reno, Nevada 89501
17
                                           Attorneys for Federal Housing Finance
18 BURKE, WILLIAMS & SORENSEN, LLP         Agency

19 By: /s/ Richard J. Reynolds
       Richard J. Reynolds
20     Nevada Bar No. 11864
       1851 E. First St., Ste. 1550
21     Santa Ana, California 92705

22 Attorneys for MTC Financial, Inc.

23                              **ORDER**

24    **IT IS HEREBY ORDERED** that the Stipulation to Dismiss Remaining Claims, (ECF

25 Nos. 113, 115), is **GRANTED**.

26    **DATED** this __3__ day of January, 2019.

27                                         _____

28                                         Gloria M. Navarro, Chief Judge
                                           UNITED STATES DISTRICT COURT